# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2020

160193

JOAN HIGGINS and RICHARD HIGGINS,
    Plaintiffs-Appellees,

v

LARISA TRAILL, M.D., EMERGENCY
MEDICAL SPECIALISTS, PC, and ST. JOHN
PROVIDENCE HEALTH SYSTEM,
    Defendants,

and

DAVID FRY, M.D., DIAGNOSTIC
RADIOLOGY CONSULTANTS, PC, and
ST. JOHN MACOMB-OAKLAND HOSPITAL,
    Defendants-Appellants.

_____/

SC: 160193
COA: 343664
Macomb CC: 2016-001382-NH

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Court, the application for leave to appeal the July 30, 2019 judgment of the Court of Appeals is considered, and it is DENIED, there being no majority in favor of granting leave to appeal or taking other action.

MARKMAN, ZAHRA, and BERNSTEIN, JJ., would direct oral argument on the application.

VIVIANO, J., did not participate due to a familial relationship with a circuit court judge involved in this case.



a0428

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2020



Clerk